UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| RACHEL KARI BURNES, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 11-2049 |
| HENRY KOSCHITZKY, IKO Industries, ) | |
| JEROME WILLIAMS, and ) | |
| RAMZE DAHLEH, ) | |
| Defendants. ) | |

# REPORT AND RECOMMENDATION

Pro se Plaintiff Rachel Kari Burnes filed her Complaint (#1) herein on February 17, 2011. Summons was issued as to each of the named Defendants. Defendant IKO Industries has appeared. The summons as to Defendant Jerome Williams was returned "unserved." The summons to Defendant Ramze Dahleh was returned "unserved." The summons issued to Defendant Henry Koschitzky was returned showing purported service. However, the process receipt and return (#8) reveals invalid service.

On December 20, 2011, the Court entered an Order (#20) informing Plaintiff of the obligation to have Defendants served within 120 days of the filing of the Complaint. The Court directed Plaintiff to Fed.R.Civ.P. 4(m). The Order further required Plaintiff to provide proof of proper service or good cause for her failure to achieve service on or before January 5, 2012, at 10:00 a.m. Plaintiff has not provided proof of service nor has she provided any explanation for her failure to accomplish proper service.

Accordingly, it is my recommendation pursuant to authority conferred to me under 28 U.S.C. § 636(b)(1)(B) and Fed.R.Civ.P. 4(m), I recommend that Plaintiff's Complaint be dismissed as to Defendants Henry Koschitzky, Jerome Williams, and Ramze Dahleh.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 12th day of January, 2012.

                                                              s/ DAVID G. BERNTHAL
                                                          U.S. MAGISTRATE JUDGE