**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

---

| | |
|---|---|
| **RACHEL KARI BURNES,**           ) | |
|                                   ) | |
| **Plaintiff,**      ) | |
| v.                                ) | Case No. 11-CV-2049 |
|                                   ) | |
| **IKO INDUSTRIES, HENRY**         ) | |
| **KOSCHITZKY, JEROME WILLIAMS, and** ) | |
| **RAMZE DAHLEH,**                 ) | |
|                                   ) | |
| **Defendants.**      ) | |

## ORDER

A Report and Recommendation (#22) was filed by Magistrate Judge David G. Bernthal in the above cause on January 12, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

   IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation [22] is accepted by this court.

(2) Plaintiff's Complaint is dismissed as to Defendants Henry Koschitzky, Jerome Williams, and Ramze Dahleh.

(3) This case is referred to Magistrate Judge David G. Bernthal for further proceedings.

ENTERED this 1st day of February, 2012

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE