UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **RACHEL KARI BURNES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 11-2049 |
| **IKO INDUSTRIES,** | ) |
| | ) |
| **Defendant.** | ) |

## REPORT AND RECOMMENDATION

Pro se Plaintiff Rachel Kari Burnes filed her Complaint on February 17, 2011.

This Court scheduled the matter for a Rule 16 hearing on March 12, 2012. Plaintiff failed to appear for said hearing. In addition, Defendant has filed Defendant's Motion to Dismiss for Want of Prosecution with Incorporated Memorandum of Law (#25). The motion reports that Plaintiff has stopped participating in this matter. Specifically, the motion denotes that Plaintiff failed to participate in this Court's December 12, 2011, telephonic status hearing; failed to participate when the Court rescheduled the hearing to January 5, 2012; and failed to comply with this Court's February 1,2012, Order directing her to meet with defense counsel to formulate a proposed discovery calendar for the case. Furthermore, Plaintiff failed to appear for the scheduled Rule 16 conference.

Plaintiff's failures to appear, strongly indicate that the Plaintiff has chosen to abandon the case.

Accordingly, I recommend pursuant to my authority under 28 U.S.C. § 636(b)(1)(B) that Defendant's Motion to Dismiss for Want of Prosecution with Incorporated Memorandum of Law **(#25)** be **GRANTED** and the Complaint be dismissed pursuant to Federal Rule of Civil Procedure 4 and the case terminated.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 21st day of March, 2012.

                                              s/ DAVID G. BERNTHAL
                                              U.S. MAGISTRATE JUDGE