E-FILED
Tuesday, 10 April, 2012 01:53:57 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| RACHEL KARI BURNES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 11-CV-2049 |
| IKO INDUSTRIES, | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation (#27) was filed by Magistrate Judge David G. Bernthal in the above cause on March 21, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) Defendant's Motion to Dismiss for Want of Prosecution (#25) is GRANTED. Plaintiff's Complaint (#1) is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

(3) This case is terminated.

ENTERED this 10th day of April, 2012

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE